## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE A. SANDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0581-CG-N** |
| | ) | |
| **WARDEN TREY OLVER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 20th day of May, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE