IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE A. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0581-CG-N |
| | ) |
| WARDEN TREY OLVER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice to allow plaintiff the opportunity to exhaust his state remedies. Alternatively, this action is dismissed without prejudice for failure to follow the orders of the court.

**DONE and ORDERED** this 20th day of May, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE